Andre L. Verdun (SBN 265436)
William Jarrell (SBN 290271)
Attorney at Law
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com
WillJarrell@CrowleyLawGroup.com

Attorneys for Plaintiff
LORI LYTLE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI LYTLE,** an individual**,** | Case #: 2:14-cv-03978-PSG-E |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| **GE CAPITAL,** and **DOES 1-50**, inclusive, | |
| Defendant. | |

**TO THE COURT:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled and to request 45 days in which to file the dismissal.

Dated:  July 21, 2014                          **CROWLEY LAW GROUP**

                                                  s/Andre L. Verdun
                                                 Andre Verdun,
                                                 Attorney for Plaintiff
                                                 Lori Lytle

-1-