Andre L. Verdun, ESQ. (SBN 265436)
401 West A Street, Ste 925
San Diego, CA 92101
Tel. (619) 238-5700

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI LYTLE,** | Case No.: 2:14-cv-03978-PSG-E |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |
| **GE Capital,** | |
| Defendants. | |

**IT IS HEREBY JOINTLY REQUEST THAT:**

The parities hereby request that this case be dismissed with prejudice.

　　　　　　　　　　　　　　/s/ Andre L. Verdun
　　　　　　　　　　　　　　Andre L. Verdun
　　　　　　　　　　　　　　Attorney for the Plaintiff

　　　　　　　　　　　　　　/s Veronica Kuiumdjian
　　　　　　　　　　　　　　Veronica Kuiumdjian
　　　　　　　　　　　　　　Attorney for the Defendant
　　　　　　　　　　　　　　GE Capital

**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**