Andre L. Verdun, ESQ. (SBN 265436)
401 West A Street, Ste 925
San Diego, CA 92101
Tel. (619) 238-5700

Attorney for Plaintiff

E-FILED 9/3/14

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI LYTLE,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**GE Capital,**<br><br>            Defendants. | Case No.: 2:14-cv-03978-PSG-E<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**; ORDER |

**IT IS HEREBY JOINTLY REQUEST THAT:**

The parities hereby request that this case be dismissed with prejudice.

　　　　　　　　　　　　/s/ Andre L. Verdun
　　　　　　　　　　　　Andre L. Verdun
　　　　　　　　　　　　Attorney for the Plaintiff

　　　　　　　　　　　　/s Veronica Kuiumdjian
　　　　　　　　　　　　Veronica Kuiumdjian
　　　　　　　　　　　　Attorney for the Defendant
　　　　　　　　　　　　GE Capital

**IT IS SO ORDERED.**

DATED: 9/2/14

_____
**U.S. DISTRICT JUDGE**

-1-

**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI LYTLE,** | Case No.: 2:14-cv-03978-PSG-E |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **GE Capital,** | |
| Defendants. | |

**IT IS HEREBY CERTIFIED THAT:**

I, ANDRE L VERDUN, am a citizen of the United States and am at least eighteen years of age. My business address is 401 West "A" Street, Suite 925, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of the following document(s):

**JOINT MOTION TO DISMISS**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them: **NONE**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
**Veronica Kuiumdjian vkuiumdjian@reedsmith.com,**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2014.

s/ Andre L. Verdun<br>Andre L. Verdun